UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6358

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TIMOTHY ADAMS,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-94-302; CA-04-685-1)

Submitted:  June 9, 2005              Decided:  June 16, 2005

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Adams, Appellant Pro Se.  David Bernard Smith, Greensboro, North Carolina, for Appellee

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

      Timothy Adams appeals the district court's order accepting the recommendation of the magistrate judge and denying his Fed. R. Crim. P. 35(a) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>United States v. Adams</u>, Nos. CR-94-302; CA-04-685-1 (M.D.N.C. Jan. 19, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>